■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK NEWSOME, JR., Appellant. [886 NYS2d 63]—Appeal from a judgment of the Erie County Court (Michael L. D'Amico, J.), rendered March 12, 2008. The judgment convicted defendant, upon a jury verdict, of sexual abuse in the first degree (three counts) and endangering the welfare of a child.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Centra, Fahey, Pine and Gorski, JJ.